**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **NETWORK GROUP, LLC** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 82-0692392 | |

| | | |
|---|---|---|
| 4. | Debtor's address | Principal place of business | Mailing address, if different from principal place of business |
| | | **330 Railroad Avenue, Floor 2**<br>**Greenwich, CT 06830**<br>Number, Street, City, State & ZIP Code | **16 Court Street, 14th Floor**<br>**Brooklyn, NY 11241**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Fairfield**<br>County | Location of principal assets, if different from principal place of business |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

6. Type of debtor

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **NETWORK GROUP, LLC**                                           Case number (*if known*) _____
           Name

**7.**   **Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ■ None of the above

    B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
       See http://www.uscourts.gov/four-digit-national-association-naics-codes.
         5331

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*

    ☐ Chapter 7

    ☐ Chapter 9

    ■ Chapter 11. *Check all that apply*:

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

        ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ■ No.

    ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list

    ☐ No

    ■ Yes.

| Debtor | **WWW GREENWICH RAILROAD LLC** | Relationship | **AFFILATE** |
| District | **EDNY** | When | **10/04/19** | Case number, if known | **19-46066** |

| Debtor | NETWORK GROUP, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    NETWORK GROUP, LLC                                    Case number (*if known*) _____
          Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature
    of authorized
    representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 27, 2019**
               MM / DD / YYYY

X _____            **Frank Bistrian**
Signature of authorized representative of debtor    Printed name

Title    **Managing Member**

18. **Signature of attorney**    X _____    Date    **November 27, 2019**
                                 Signature of attorney for debtor              MM / DD / YYYY

**Lawrence F. Morrison**
Printed name

**Morrison Tenenbaum, PLLC**
Firm name

**87 Walker Street, Second Floor**
**New York, NY 10013**
Number, Street, City, State & ZIP Code

Contact phone    **212-620-0938**    Email address    **info@m-t-law.com**

**2889590 NY**
Bar number and State

# United States Bankruptcy Court
## Eastern District of New York

In re  NETWORK GROUP, LLC                                          Case No.

                               Debtor(s)                    Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Chris Feeney | | 0.327% | |
| Frank Bistrian | | 86.69 | |
| John Janedis | | 0.164% | |
| Katie Bistrian | | 3.273% | |
| Lawrence Liebers | | 0.491% | |
| Michael Voelker | | 1.776% | |
| Paul Broder | | 3.919% | |
| Rob Burton | | 0.818% | |
| Russell Sheppard | | 2.214% | |
| William Drewry | | 0.164% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  November 27, 2019                    Signature _____

                                            Frank Bistrian

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Eastern District of New York

In re    NETWORK GROUP, LLC

Debtor(s)

Case No. _____

Chapter    11

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    November 27, 2019

Frank Bistrian/Managing Member
Signer/Title

USBC-44

Rev. 9/17/98

330 Railroad Avenue LLC
330 Railroad Ave, 1st FL
Greenwich, CT 06830

ABC Home & Commercial
9475 US 290
Austin, TX 78724

Adam Zarifishani
PO Box 26539
Austin, TX 78755

ADT CCTV
47-40 21st Street
Long Island City, NY 11101

Capital City Janitorial
2420 Patterson Indust. Dr
Pflugerville, TX 78660

DFH Architects
1544 20th Street
Santa Monica, CA 90404

EssenSys
Aldgate Tower
1 Leman Street
London, E1 8FA

Grande Communications
911 W Anderson Lane
Suite 123
Austin, TX 78757

Granoff Architects
330 Railroad Ave
Greenwich, CT 06830

Greetly
235 Leyden St Suite 201
Denver, CO 80220

Liquid Logistics
12300 Wirth Drive
Unit C
Manchaca, TX 78652


Lucca Plumbing LLC
266 Purdy Hill Road
Monroe, CT 06468


Negotiatus Corp.
260 W 39th Street
Floor 15W
New York, NY 10018


Office Resource Inc.
263 Summer Street
Boston, MA 02210


Pastore & Dailey LLC
4 High Ridge Park
Stamford, CT 06905


Route 3 IT
8315 Liberty Walk Dr
Round Rock, TX 78681


SnackitToMe
1229 N North Branch St
Chicago, IL 60642


Square
375 W Broadway
New York, NY 10012


Tiny House Coffee LLC
300 Prado Street
Unit B
Austin, TX 78702


Toughlawn
11900 Jollyville Rd
#203291
Austin, TX 78759

Tri-Point Refrigeration
520 Cr 108
Suite 9
Hutto, TX 78634


Waste Management
PO Box 660345
Dallas, TX 75266


Westgroup Designs
19520 Jamboree Rd
Irvine, CA 92612


X Chair
103000 Southard Drive
Beltsville, MD 20705

# United States Bankruptcy Court
## Eastern District of New York

In re   <u>NETWORK GROUP, LLC</u>

Debtor(s)

Case No. _____

Chapter   <u>11</u>

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   <u>NETWORK GROUP, LLC</u>   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November 27, 2019
_____
Date

_____
Lawrence F. Morrison
Signature of Attorney or Litigant
Counsel for   NETWORK GROUP, LLC
Morrison Tenenbaum, PLLC
87 Walker Street, Second Floor
New York, NY 10013
212-620-0938 Fax:646-390-5095
info@m-t-law.com

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

DEBTOR(S): __NETWORK GROUP, LLC__                CASE NO.:. _____

   Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

■ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:


1. CASE NO.: **19-46066**    JUDGE: **NHL**    DISTRICT/DIVISION: **EDNY**

DEBTOR NAME: **WWW GREENWICH RAILROAD LLC**

CASE STILL PENDING (Y/N):    **Y**          *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                              (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: __**AFFILATE**_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____


2. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                              (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____


3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not
be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): ___Y___

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except
as indicated elsewhere on this form.

Lawrence F. Morrison
Signature of Debtor's Attorney
Morrison Tenenbaum, PLLC
87 Walker Street, Second Floor
New York, NY 10013
212-620-0938 Fax:646-390-5095

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any
other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the
dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise
result.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

NETWORK GROUP, LLC,

                               Debtor.
-------------------------------------------------------------------X

Chapter 11

Case No. 19-_____( )

## DECLARATION PURSUANT TO S.D.N.Y. LOCAL BANKRUPTCY RULE 1007-4

I, Frank Bistrian, declares under the penalty of perjury, the following:

        1.      I am the Managing Member of Network Group, LLC (the "Debtor"), and as such I am familiar with the operations, business and financial affairs of the Debtor. I submit this affidavit in accordance with the E.D.N.Y Local Bankruptcy Rule 1007-4 in support of the voluntary petition filed by the Debtor.

        2.      There are no other or prior bankruptcy cases against the Debtor and as such there has been no trustee or creditors' committee appointed in this case.

        3.      The Debtor's affiliate, WWW Greenwich Railroad LLC, filed its voluntary petition for bankruptcy on October 4, 2019, in the Eastern District under case number 19-46066 and is currently pending before the Honorable Nancy Hershey Lord.

        4.      A copy of the Debtor's board resolution authorizing the Chapter 11 filing is annexed hereto as **Exhibit "A"**.

        5.      The Debtor is a Delaware limited liability company and was organized on March 3, 2017.

        6.      The Debtor operates several flexible shared office spaces throughout the United States.

7.      The Debtor's immediate need for relief in this Court stems from a pending eviction from its commercial retail space located at 330 Railroad Avenue, 2nd Floor, Greenwich CT 06830 and its inability to address other past due debts .

8.      Pursuant to Rule 1007-(a)(4) of the local bankruptcy rules annexed hereto as **Exhibit "B"** is a list containing the names and addresses of the Debtor's twenty (20) largest unsecured creditors, excluding insiders.

9.      Pursuant to Rule 1007-2(a)(5) of the local bankruptcy rules, annexed hereto as **Exhibit "C"** is a list containing the names and addresses of the Debtor's five (5) largest secured claims.

10.     Pursuant to Rule 1007-2(a)(6) of the local bankruptcy rules, annexed hereto as **Exhibit "D"** is a summary of the Debtor's assets and liabilities. This is an internally generated estimate of assets and liabilities and may require certain adjustments.

11.     The Debtor does not have any publicly held shares, debentures, or other securities.

12.     The Debtor's bank accounts at Chase Bank have been levied by the bank pursuant a state court order.

13.     The Debtor's assets consist primarily of office fixtures and equipment. The Debtor's books and records are located at 16 Court Street, 14th Floor, Brooklyn NY 11241.

14.     The Debtor has no employees with and therefore no monthly payroll.

15.     The Debtor expects to receive revenue from operations of the business in the amount of approximately $5,500.00 for the thirty (30) day period following the Chapter 11 filing. The Debtor expects to receive additional revenue from its opening of other flexible shared office spaces in the coming months. The Debtor's operating expenses during the same thirty (30) day period should be approximately $5,250.00.

Frank Bistrian, Managing Member

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
In re:

**NETWORK GROUP, LLC,**

Chapter 11

Case No. 19-_____ (    )

Debtor.
-----------------------------------------------------------------------X

## CORPORATE RESOLUTION

At the meeting of the Board of Directors of Network Group, LLC ("Network Group") a
Connecticut limited liability company, it was determined to be in the best interests of GRR to file
for bankruptcy under Chapter 11 of the United States Bankruptcy Code and the following
resolution was adopted:

Whereas, it is in the best interest of Network Group to file a voluntary
petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11
of the United States Code;

Be It Therefore Resolved, that Frank Bistrian, Managing Member of
Network Group, is authorized and directed to execute and deliver all documents
necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf
of the corporation; and

Be It Further Resolved, that Frank Bistrian, Managing Member of Network
Group, is authorized and directed to appear in all bankruptcy proceedings on behalf
of the company, and to otherwise do and perform all acts and deeds and to execute
and deliver all necessary documents on behalf of the company in connection with
such bankruptcy case; and

Be It Further Resolved, that Frank Bistrian, Managing Member of Network
Group, is authorized and directed to employ Lawrence F. Morrison, attorney and
the law firm of Morrison Tenenbaum, PLLC to represent the corporation in such
bankruptcy case

Dated: New York, New York
November 27, 2019

By _____
Frank Bistrian, Managing Member

EXHIBIT B

| Fill in this information to identify the case: |
|---|

Debtor name   **NETWORK GROUP, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
☐  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
☐  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
☐  *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
☐  *Schedule H: Codebtors (Official Form 206H)*
☐  *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐  Amended Schedule _____
☒  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 27, 2019**          X _____
                                                Signature of individual signing on behalf of debtor

                                                **Frank Bistrian**
                                                Printed name

                                                **Managing Member**
                                                Position or relationship to debtor

Official Form 202                     Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name | NETWORK GROUP, LLC

United States Bankruptcy Court for the: **EASTERN DISTRICT OF NEW YORK**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 330 Railroad Avenue LLC 330 Railroad Ave, 1st FL Greenwich, CT 06830 | | | Unliquidated | | | $381,134.42 |
| ABC Home & Commercial 9475 US 290 Austin, TX 78724 | | | Unliquidated | | | $2,821.25 |
| Adam Zarifishani PO Box 26539 Austin, TX 78755 | | | Unliquidated | | | $270,000.00 |
| Capital City Janitorial 2420 Patterson Indust. Dr Pflugerville, TX 78660 | | | Unliquidated | | | $8,198.94 |
| DFH Architects 1544 20th Street Santa Monica, CA 90404 | | | Unliquidated | | | $49,108.63 |
| EssenSys Aldgate Tower 1 Leman Street London, E1 8FA | | | Unliquidated | | | $6,741.00 |
| Grande Communications 911 W Anderson Lane Suite 123 Austin, TX 78757 | | | Unliquidated | | | $3,270.15 |
| Granoff Architects 330 Railroad Ave Greenwich, CT 06830 | | | Unliquidated | | | $93,000.00 |

Debtor   **NETWORK GROUP, LLC**                                                    Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Negotiatus Corp. 260 W 39th Street Floor 15W New York, NY 10018 | | | Unliquidated | | | $9,104.55 |
| Office Resource Inc. 263 Summer Street Boston, MA 02210 | | | Unliquidated | | | $905,157.76 |
| Pastore & Dailey LLC 4 High Ridge Park Stamford, CT 06905 | | | Unliquidated | | | $50,000.00 |
| Route 3 IT 8315 Liberty Walk Dr Round Rock, TX 78681 | | | Unliquidated | | | $1,800.00 |
| SnackitToMe 1229 N North Branch St Chicago, IL 60642 | | | Unliquidated | | | $1,565.00 |
| Square 375 W Broadway New York, NY 10012 | | | Unliquidated | | | $2,793.33 |
| Tiny House Coffee LLC 300 Prado Street Unit B Austin, TX 78702 | | | Unliquidated | | | $1,875.00 |
| Toughlawn 11900 Jollyville Rd #203291 Austin, TX 78759 | | | Unliquidated | | | $1,702.00 |
| Tri-Point Refrigeration 520 Cr 108 Suite 9 Hutto, TX 78634 | | | Unliquidated | | | $865.51 |
| Waste Management PO Box 660345 Dallas, TX 75266 | | | Unliquidated | | | $448.48 |
| Westgroup Designs 19520 Jamboree Rd Irvine, CA 92612 | | | Unliquidated | | | $109,850.00 |
| X Chair 103000 Southard Drive Beltsville, MD 20705 | | | Unliquidated | | | $167,637.10 |

EXHIBIT C

None

EXIHIBIT D

1. Approx. Assets: $1,000,000.00
2. Approx. Liabilities: $2,067,937.71